UNITED CALIFORNIA BANK and Lillian Disney Truyens, Co-Executors of the Estates of Walter E. Disney, Plaintiffs-Appellees,

v.

UNITED STATES of America, Defendant-Appellant.

No. 75–1616.

United States Court of Appeals, Ninth Circuit.

Jan. 26, 1979.

Dennis M. Donohue (argued), of Dept. of Justice, Washington, D. C., for defendant-appellant.

Ronald E. Gother (argued), Los Angeles, Cal., for plaintiff-appellee.

Before WALLACE, SNEED and KENNEDY, Circuit Judges.

This case has been remanded to us by the Supreme Court, 99 S.Ct. 476, for further proceedings in conformity with its opinion.

We remand to the District Court for the Central District of California to compute the refund and interest to which the taxpayer is entitled and to enter judgment therefor all in a manner in conformity with the Supreme Court's opinion.